McNEAL *v.* TAYLOR.

*Simmons, C. J.*—This court will not reverse a judgment overruling
a motion for a new trial based on the general grounds that the
verdict rendered was contrary to law and the evidence, when it
appears that the only matters passed upon by the jury were ex-
ceptions of fact to an auditor's report, and that they found
against the exceptions upon conflicting evidence.

*Judgment affirmed.*

June 12, 1896.  By two Justices.  Argued at the last term.

Exceptions to auditor's report.     Before Judge Fish.
Sumter superior court.   November term, 1894.

*Allen Fort, L. J. Blalock* and *J. F. Watson,* for plain-
tiff in error.   *James Dodson & Son,* contra.